Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

**E-filed 4/17/07**

Attorney for Plaintiffs
**Haiming Tang** and **Haiping Shao**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **Haiming Tang** and **Haiping Shao**     )<br>                                    )<br>           Plaintiff,               )<br>                                    )<br>     v.                             )<br>                                    )<br>**Michael Chertoff**, Secretary of the   )<br>Department of Homeland Security;    )<br>**Emilio T. Gonzalez**, Director of United States )<br>Citizenship and Immigration Services; )<br>**David Still**, San Francisco District Director, )<br>United States Citizenship and Immigration )<br>Services;                           )<br>**Robert S. Mueller, III**, Director of the )<br>Federal Bureau of Investigation     )<br>                                    )<br>           Defendants               )<br>                                    ) | Case No. C 07-00395 JF<br><br><br><br><br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

1.      The Case Management Conference for this case is scheduled for May 4, 2007, and a Motion to Dismiss hearing is scheduled for June 1, 2007.

2.      In the interest judicial economy, the parties respectfully request that the Court reschedule the date of the Case Management Conference to the same time as the Motion to Dismiss hearing

1 | on June 1, 2007 at 9:00 a.m.  The parties will file a Joint Case Management Statement on May
2 | 25, 2007, seven days before the rescheduled Case Management Conference.

5 | DATED: April 16, 2007                                   Respectfully Submitted,

7 |                                                         _____/s/_____
  |                                                         Justin G. Fok
8 |                                                         Attorney for Plaintiff

11 | DATED: April 16, 2007

12 |                                                         _____/s/_____
   |                                                         Ila C. Deiss
13 |                                                         Assistant U.S. Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

24 | Date:   4/17/07                                         _____
   |                                                         Jeremy Fogel
25 |                                                         United States District Judge

Stipulation to Reschedule Case Management Conference
Case No. C 07-00395 JF

2