**E-filed 7/17/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 HAIMING TANG and                    )
   HAIPING SHAO,                       ) No. C 07-0395 JF
13                                     )
              Plaintiffs,              )
14                                     )
        v.                             ) STIPULATION TO VACATE HEARING
15                                     ) DATE ON THE PARTIES' CROSS-
   MICHAEL CHERTOFF, Secretary of the  ) MOTION FOR SUMMARY JUDGMENT;
16 Department of Homeland Security;    ) AND [PROPOSED] ORDER
   EMILIO T. GONZALEZ, Director of     )
17 United States Citizenship and Immigration )
   Services;                           )
18 DAVID STILL, San Francisco District Director, )
   United States Citizenship and Immigration ) Date: July 27, 2007
19 Services;                           ) Time: 9:00 a.m.
   ROBERT S. MUELLER, Director of the  ) Courtroom: 3, 5th Floor
20 Federal Bureau of Investigation,    )
                                       )
21            Defendants.              )
                                       )
22

23     The plaintiffs, by and through their attorney of record, and defendants, by and through their

24 attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing date on

25 the parties' cross-motion for summary judgment, which is currently scheduled for July 27, 2007, in

26 light of the following:

27     1. On June 1, 2007, the Court scheduled a hearing on the parties' cross-motion for summary

28 judgment for July 27, 2007.

Stipulation to Vacate Hearing Date
C07-0395 JF                            1

2. On July 2, 2007, the State Department issued an "Update on July Visa Availability" stating that there were no more employment-based visa numbers available for the rest of the fiscal year, attached hereto as Exhibit A.

3. The State Department will not be issuing any more employment-based visas until October 2007, and USCIS is unable by statute to adjudicate the applications for adjustment of status.

4. Therefore, the parties hereby request this Court to vacate the July 27, 2007 hearing date and to hold the case in abeyance until visas become available. Within three days of visas becoming available the parties agree to reset the hearing date on the cross-motions for summary judgment.

Dated: July 11, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 11, 2007

/s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' July 27, 2007 hearing is vacated. A Status Conference has been set for November 9, 2007 at 10:30 AM.

Dated: July 17, 2007

JEREMY FOGEL
United States District Judge

Stipulation to Vacate Hearing Date
C07-0395 JF                                                    2