Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Haiming Tang and Haiping Shao

**E-filed 8/29/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Haiming Tang** and **Haiping Shao**,<br><br>    Plaintiff,<br><br>v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br><br>    Defendant. | Case No. C 07-0395 JF<br><br>**STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to a new Summary Judgment Hearing date in the above-entitled action in light of the following:

   1. On July 17, 2007, the Court granted the parties' stipulation to hold this case in abeyance because the Department of State no longer had any visas available for the month of August.

   2. On or around August 15, 2007, the State Department issued *Visa Bulletin for*

*September 2007*, indicating that the visas will become available for the month of September (**Exhibit 1**).  According to the *Visa Bulletin for August 2007*, visas are expected to remain available through October 2007 (**Exhibit 2**).

    3. Therefore, the parties respectfully request a new Summary Judgment Hearing date of October 12, 2007 at 9:00 AM.

    4. Additionally, in the interest of judicial economy and for the convenience of the parties, the parties respectfully request that the Status Conference for this case, currently scheduled for November 9, 2007, be held at the same time as the summary judgment hearing on October 12, 2007.

    The parties filed their cross motions for summary judgment on June 22, 2007. The parties reply motions are now due on September 28, 2007.

Respectfully Submitted,

Dated:  August 21, 2007

         /s/
Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated:  August 22, 2007

         /s/
Ila C. Deiss
Assistant United States Attorney
Attorney for Defendants

///
///
///

Case No. C 07-0395 JF                              2
**STIPULATION TO RESCHEDULE SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER**

1

**ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3

4

5  Dated: __8/28/07__

                                      JEREMY FOGEL
6                                       United States District Judge