**E-filed 10/23/07**

1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
Attorneys for Defendants
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAIMING TANG and HAIPING SHAO, | No. C 07-0395 JF |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status application. The parties also request that the Court vacate the hearing scheduled for October 26, 2007.

   Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-0395 JF                                      1

Dated: October 22, 2007                         /s/
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorney for Defendants


Dated: October 22, 2007                         /s/
                                       JUSTIN FOK
                                       Attorney for Plaintiffs


**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.


Dated: October _23_, 2007
                                       JEREMY FOGEL
                                       United States District Judge

Stipulation to Dismiss
C07-0395 JF                             2